IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHN PAUL THOMAS,

    Petitioner,

v.                                  CIVIL NO. 09-1009 WJ/LAM

GEORGE TAPIA,

    Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the *Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 24*) (hereinafter "***PF&RD***"), filed on September 1, 2010. No party has filed objections to the ***PF&RD***, and the deadline for doing so has passed. Accordingly, the Court has determined that it will adopt the ***PF&RD***, deny Mr. Thomas' 28 U.S.C. § 2254 claims, and dismiss this case with prejudice.

**IT IS THEREFORE ORDERED** that the *Magistrate Judge's Proposed Findings and Recommended Disposition* (*Doc. 24*) are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Mr. Thomas' *Amended 28 U.S.C. Section 2254 [Petition]* (*Doc. 19*) is **DENIED**.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITH PREJUDICE** in a final judgment entered concurrently with this order.

**IT IS SO ORDERED**.

                                                      **HONORABLE WILLIAM P. JOHNSON**
                                                      **UNITED STATES DISTRICT JUDGE**